| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>DOUGLAS KRUSCHEN<br>P.O. BOX 465<br>AGOURA HILLS, CA 91376-0465<br>(805) 225-3328 | FILED<br>2015 FEB 10 PM 2: 53<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |
|---|---|
| ATTORNEY(S) FOR: | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS KRUSCHEN, an individual,<br><br>Plaintiff(s),<br>v.<br>BARRISTER GLOBAL SERVICES NETWORK, INC., a corporation,<br><br>Defendant(s) | CASE NUMBER:<br>CV15-961 · RGK FFMx<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  DOUGLAS KRUSCHEN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BARRISTER GLOBAL SERVICES NETWORK, INC. | Defendant |

FEBRUARY 6, 2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):
DOUGLAS KRUSCHEN