**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant BARRISTER GLOBAL SERVICES NETWORK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BARRISTER GLOBAL SERVICES NETWORK, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 15-00961 RGK (FFMx)<br><br>Hon. R. Gary Klausner, Courtroom 850<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:       February 26, 2015<br>Current Response Date: March 19, 2015<br>New Response Date:    April 9, 2015 |

It is hereby stipulated by and between Plaintiff on the one hand and Barrister Global Services Network, Inc. ("Barrister"), through its counsel, on the other hand, that Barrister may have a 21-day extension to respond to Plaintiff's Complaint. Barrister's response to Plaintiff's Complaint is now due April 9, 2015.

936595.1

1  DATED: March 18, 2015

4          By: 　/s/  Douglas Kruschen
5               Douglas Kruschen
               Plaintiff *Pro Se*

8  DATED: March 18, 2015         MUSICK, PEELER & GARRETT LLP

11         By: 　/s/  Donald E. Bradley
               Donald E. Bradley
12             Attorneys for Defendant BARRISTER
               GLOBAL SERVICES NETWORK, INC.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On March 18, 2015, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

> Douglas Kruschen
> P.O. Box 465
> Agoura Hills, CA  91376-0465
> Phone:  (805) 225-3328
> Email: plaintiff@BarristerGlobalLawsuit.com
> ***Plaintiff Pro Se***

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2015, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay