**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Attorneys for Defendant BARRISTER GLOBAL SERVICES NETWORK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BARRISTER GLOBAL SERVICES NETWORK, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 15-00961 RGK (FFMx)<br><br>Hon. R. Gary Klausner, Courtroom 850<br><br>**DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.'S FRCP 7.1 DISCLOSURE STATEMENT** |

Barrister Global Services Network has no parent corporation and no publicly held corporation owns ten percent or more of Barrister's stock.

DATED: March 18, 2015          MUSICK, PEELER & GARRETT LLP

                              By:  ___*/s/  Donald E. Bradley*___
                                   Donald E. Bradley
                                   Attorneys for Defendant BARRISTER
                                   GLOBAL SERVICES NETWORK, INC.

936356.1

DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.'S FRCP 7.1 DISCLOSURE STATEMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On March 18, 2015, I served true copies of the following document(s) described as **DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.'S FRCP 7.1 DISCLOSURE STATEMENT** on the interested parties in this action as follows:

> Douglas Kruschen
> P.O. Box 465
> Agoura Hills, CA  91376-0465
> Phone:  (805) 225-3328
> Email: plaintiff@BarristerGlobalLawsuit.com
> ***Plaintiff Pro Se***

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 18, 2015, at Costa Mesa, California.

>                         */s/  April M. Yusay*
>                         April M. Yusay