# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

CLERK, U.S. DISTRICT COURT
MAR 19 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  R. Gary Klausner
From: P. Songco                    , Deputy Clerk   Date Received: 3/16/15
Case No.: CV 15-00961 RGK (FFMx)   Case Title: Kruschen v. Barrister Global Services Network, Inc.
Document Entitled: Ex Parte Motion for Extension of Time; Order

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☑ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Local Rule 83-2.2.2: Only individuals may represent themselves pro se. No organization or entity of any other kind may appear in any action or proceeding unless represented by an attorney. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                         U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not been filed with the Court**.

MAR 19 2015                  /s/ Gary Klausner
_____     _____
Date                         U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                  NOTICE OF DOCUMENT DISCREPANCIES

# BARRISTER
## GLOBAL SERVICES NETWORK

March 10, 2015

Clerk of Court
USDC, Western Division, California
312 North Spring Street, ROOM G-8
Los Angeles, CA  90012-4701

Re:  *Douglas Kruschen v. Barrister Global Services Network, Inc*
     USDC, Central District of California
     No. 2:15-CV-00961 RGK (FFMx)

To Whom It May Concern:

Enclosed please find the Ex Parte Motion for Extension of Time in the above referenced matter which needs to be filed with the Court.

Regards,

*[signature]*

Debra D. Bowers,
Chief Executive Officer
Barrister Global Services Network, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an Individual, | * CIVIL ACTION * |
| *Plaintiff* | * NO. CV15-961RGK(FFMx)* * JUDGE R. GARY KLAUSNER |
| VERSUS | * |
| BARRISTER GLOBAL SERVICES NETWOK, INC, a Delaware Corporation | * MAGISTRATE FREDERICK F. MUMM * * |
| *Defendant* | |

## EX PARTE MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes Defendant, BARRISTER GLOBAL SERVICES NETWORK, INC., ("Barrister") who, pursuant to Federal Rule of Civil Procedure 6(B), move this Honorable Court for an Order extending the time within which Defendant must file pleadings responsive to Plaintiff's Verified

Complaint and Demand for Jury Trial, for a period of 21 days from the time the responsive pleadings are due.

In support of its request, Defendants submit that they require additional time to formulate a response in order to appropriately respond to Plaintiff's Complaint and also require additional time to find outside counsel located in California since Defendants are located in the State of Louisiana.

Defendants further submit that this is their **first** request for an extension of time to plead from this Court.

WHEREFORE, Defendant, BARRISTER GLOBAL SERVICES NETWORK, INC., respectfully request a 21- day extension of time for the filing of responsive pleadings in this matter.

RESPECTFULLY SUBMITTED,

_____
Barrister Global Services Network, Inc.
By: Debra Bowers, its duly authorized agent
*(Defendant Pro Se)*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on Plaintiff on the 10th day of March, 2015, via registered mail, return receipt, to Plaintiff, Douglas Kruschen, P.O. Box 465, Agoura Hills, CA 91376-0465.

_____
DEBRA BOWERS
By: Debra Bowers, its duly authorized agent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an Individual, | * CIVIL ACTION<br>*<br>* NO. CV15-961RGK(FFMx)* |
| *Plaintiff* | * JUDGE R. GARY KLAUSNER |
| VERSUS | * |
| BARRISTER GLOBAL SERVICES NETWOK, INC, a Delaware Corporation | * MAGISTRATE FREDERICK F. MUMM<br>*<br>* |
| *Defendant* | |

## EX PARTE MOTION FOR EXTENSION OF TIME

NOW INTO COURT, comes Defendant, BARRISTER GLOBAL SERVICES NETWORK, INC., ("Barrister") who, pursuant to Federal Rule of Civil Procedure 6(B), move this Honorable Court for an Order extending the time within which Defendant must file pleadings responsive to Plaintiff's Verified

Complaint and Demand for Jury Trial, for a period of 21 days from the time the responsive pleadings are due.

In support of its request, Defendants submit that they require additional time to formulate a response in order to appropriately respond to Plaintiff's Complaint and also require additional time to find outside counsel located in California since Defendants are located in the State of Louisiana.

Defendants further submit that this is their **first** request for an extension of time to plead from this Court.

WHEREFORE, Defendant, BARRISTER GLOBAL SERVICES NETWORK, INC., respectfully request a 21- day extension of time for the filing of responsive pleadings in this matter.

RESPECTFULLY SUBMITTED,

_____
Barrister Global Services Network, Inc.
By: Debra Bowers, its duly authorized agent
*(Defendant Pro Se)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on Plaintiff on the 10th day of March, 2015, via registered mail, return receipt, to Plaintiff, Douglas Kruschen, P.O. Box 465, Agoura Hills, CA 91376-0465.

_____
DEBRA BOWERS
By: Debra Bowers, its duly authorized agent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an Individual, | * CIVIL ACTION <br> * <br> * NO. CV15-961RGK(FFMx)* <br> * JUDGE R. GARY KLAUSNER <br> * <br> * MAGISTRATE FREDERICK F. MUMM <br> * <br> * |
| *Plaintiff* | |
| VERSUS | |
| BARRISTER GLOBAL SERVICES NETWOK, INC, a Delaware Corporation | |
| *Defendant* | |

## ORDER

Considering Defendants, BARRISTER GLOBAL SERVICES NETWORK, INC., "Ex Parte Motion for Extension of Time", and because Defendant has not previously requested an extension of time,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendant, BARRISTER GLOBAL SERVICES NETWORK, INC, is granted an additional 21 days to file responsive pleadings to the Complaint filed by Plaintiff.

LOS ANGELES, CALIFORNIA this _____ day of _____, 2015.

_____
**GARY KLAUSNER,
UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an Individual, | * CIVIL ACTION * |
| | * NO. CV15- |
| *Plaintiff* | 961RGK(FFMx)* |
| | * JUDGE R. GARY |
| VERSUS | KLAUSNER |
| | * |
| BARRISTER GLOBAL SERVICES NETWOK, INC, a Delaware Corporation | * MAGISTRATE FREDERICK F. MUMM * |
| | * |
| *Defendant* | |

### ORDER

Considering Defendants, BARRISTER GLOBAL SERVICES NETWORK, INC., "Ex Parte Motion for Extension of Time", and because Defendant has not previously requested an extension of time,

**IT IS ORDERED** that the Motion is **GRANTED**. Defendant, BARRISTER GLOBAL SERVICES NETWORK, INC, is granted an additional 21 days to file responsive pleadings to the Complaint filed by Plaintiff.

LOS ANGELES, CALIFORNIA this _____ day of _____, 2015.

_____
GARY KLAUSNER,
UNITED STATES DISTRICT JUDGE