1
2
3
4
5
6
7
8

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  *d.bradley@mpglaw.com*

Attorneys for Defendant BARRISTER
GLOBAL SERVICES NETWORK, INC.

9
10
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12
13
14
15
16
17
18
19
20

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual,<br><br>             Plaintiff,<br><br>    vs.<br><br>BARRISTER GLOBAL SERVICES NETWORK, INC., a Delaware corporation,<br><br>             Defendant. | Case No. CV 15-00961 RGK (FFMx)<br><br>Hon. R. Gary Klausner, Courtroom 850<br><br>**ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.** |

21
22
23
24
25
26
27
28

        Defendant Barrister Global Services Network, Inc. ("Barrister") answers Plaintiff's Complaint as follows:

        1.        Barrister admits that Count 1 of Plaintiff's Complaint is based on the FCRA, but denies that it has violated the FCRA or any other law.

        2.        Barrister admits that Count 2 of Plaintiff's Complaint is based on the ICRAA, but denies that it has violated the ICRAA or any other law.

939676.1

3.     Barrister admits that Count 3 of Plaintiff's Complaint is based on the UCL, but denies that it has violated the UCL or any other law.

4.     Barrister admits that Count 4 of Plaintiff's Complaint is based on the California Labor Code Section 432.7, but denies that it has violated the California Labor Code Section 432.7 or any other law.

5.     Barrister admits that Count 5 of Plaintiff's Complaint is based on the California FEHA, but denies that it has violated the California FEHA or any other law.

6.     Barrister admits the allegations of Paragraph 6.

7.     Barrister admits the allegations of Paragraph 7.

8.     Barrister admits the allegations of Paragraph 8.

9.     Barrister admits the allegations of Paragraph 9.

10.    Barrister denies that Plaintiff is entitled to declaratory relief.

11.    Barrister admits the allegations of Paragraph 11.

12.    Barrister admits the allegations of Paragraph 12.

13.    Barrister admits the allegations of Paragraph 13.

14.    Barrister admits the allegations of Paragraph 14.

15.    Barrister admits the allegations of Paragraph 15.

16.    Barrister admits the allegations of Paragraph 16.

17.    Barrister admits that it acts through its employees and officers.  Except as expressly admitted, Barrister denies each and every allegation of Paragraph 17.

18.    Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 18 and on that basis denies them.

19.    Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 19 and on that basis denies them.

20.    Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 20 and on that basis denies them.

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

939676.1

2

ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.

21. Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 21 and on that basis denies them.

22. Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 22 and on that basis denies them.

23. Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 23 and on that basis denies them.

24. Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 24 and on that basis denies them.

25. Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 25 and on that basis denies them.

26. Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 26 and on that basis denies them.

27. Barrister is currently without sufficient information with which to admit or deny the allegations of Paragraph 27 and on that basis denies them.

28. Paragraph 28 contains a statutory citation which speaks for itself.

29. Paragraph 29 contains a statutory citation which speaks for itself.

30. Barrister denies each and every allegation of Paragraph 30.

31. Barrister denies each and every allegation of Paragraph 31.

32. Barrister denies each and every allegation of Paragraph 32.

33. Barrister denies each and every allegation of Paragraph 33.

34. Barrister denies each and every allegation of Paragraph 34.

35. Barrister denies each and every allegation of Paragraph 35.

36. Barrister denies each and every allegation of Paragraph 36.

37. Barrister repeats and realleges the allegations of Paragraphs 1 through 36 above.

38. Paragraph 38 contains a statutory citation which speaks for itself.

39. Paragraph 39 contains a statutory citation which speaks for itself.

40. Paragraph 40 contains a statutory citation which speaks for itself.

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

939676.1

3

ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.

1    41.    Barrister denies each and every allegation of Paragraph 41.

2    42.    Barrister denies each and every allegation of Paragraph 42.

3    43.    Barrister repeats and realleges the allegations of Paragraphs 1 through

4 42 above.

5    44.    In response to Paragraph 44, Barrister states that California Business

6 and Professions Code Sections 17200 *et seq.* speaks for itself.

7    45.    Barrister denies each and every allegation of Paragraph 45.

8    46.    Barrister denies each and every allegation of Paragraph 46.

9    47.    Barrister denies each and every allegation of Paragraph 47.

10    48.    Barrister repeats and realleges the allegations of Paragraphs 1 through

11 47 above.

12    49.    In response to Paragraph 49, Barrister states that California Labor Code

13 Section 432.7 speaks for itself.

14    50.    Paragraph 50 contains a statutory citation which speaks for itself.

15    51.    Barrister is currently without sufficient information to admit or deny

16 this allegation and on that basis denies it.

17    52.    Barrister denies each and every allegation of Paragraph 52.

18    53.    Barrister denies each and every allegation of Paragraph 53.

19    54.    Barrister repeats and realleges the allegations of Paragraphs 1 through

20 53 above.

21    55.    Paragraph 55 contains a statutory citation which speaks for itself.

22    56.    Paragraph 56 contains a statutory citation which speaks for itself.

23    57.    Barrister denies each and every allegation of Paragraph 57.

24    58.    Barrister denies each and every allegation of Paragraph 58.

25    59.    Barrister denies each and every allegation of Paragraph 59.

26

27

28

**MUSICK, PEELER
& GARRETT LLP**

ATTORNEYS AT LAW

939676.1

ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.

## **DEFENSES**

60.     Plaintiff has failed to state a claim against Barrister upon which relief can be granted.

61.     Without admitting it has a burden of proof on the issue, at all relevant times, Barrister maintained and followed reasonable procedures to avoid violations of the FCRA and California ICRAA.

62.     Barrister alleges that any alleged damages to Plaintiff, which Barrister continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Barrister has no control and for whom Barrister has no responsibility.

63.     Barrister at all times acted in compliance with the FCRA and California ICRAA.

64.     Plaintiff failed to mitigate his alleged damages.

65.     Plaintiff's claims for exemplary or punitive damages violate the Due Process and Double Jeopardy Clauses of the Fifth Amendment, the Excessive Fines Clause of the Eighth Amendment, and the laws of the State of California.

66.     Barrister affirmatively pleads that it is entitled to attorney's fees in the event that the Court determines that the Plaintiff has filed an unsuccessful pleading, motion, or other paper in connection with this action under Section 1681n or 1681o of the FCRA in bad faith or for purposes of harassment.

67.     In the event that a settlement is reached between Plaintiff and any other party, Defendant Barrister is entitled to any settlement credits permitted by law.

68.     Any alleged damages to Plaintiff, which Barrister continues to deny, were caused in whole or in part by an intervening or superseding cause.

69.     Any credit report or information released by Barrister to a third party concerning Plaintiff was done with Plaintiff's explicit or implicit consent.

70.     Plaintiff's Complaint and each cause of action therein is barred by the applicable statute of limitations, including, but not limited to, California Code of Civil Procedure § 335.1, 338, and 340, California Government Code §§ 12960 and

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

939676.1

5

ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.

12965, and 15 U.S.C. §1681e.

71.     Defendant is informed and believes, and based thereon alleges, that the Complaint and each and every cause of action alleged therein, is barred by the doctrine of unclean hands.

72.     Defendant is informed and believes and based thereon alleges that the First Amended Complaint, or portions thereof, is barred by the doctrine of estoppel.

73.     Defendant is informed and believes and based thereon alleges that the Complaint, or portions thereof, is barred by the doctrine of waiver.

74.     Defendant is informed and believes and based thereon alleges that Plaintiff's damages are barred, in whole or in part, by the doctrine of avoidable consequences.

75.     Plaintiff acknowledged, ratified, consented to, and acquiesced in the alleged acts or omissions, if any, of Defendant, thus barring Plaintiff from any relief as prayed for herein.

76.     Defendant is informed and believes, and based thereon alleges, that Plaintiff has failed to exhaust administrative remedies and otherwise satisfy jurisdictional prerequisites thereto.  Cal. Gov. Code § 12960, *et seq*.

77.     Plaintiff's allegations are insufficient to sustain the imposition of punitive damages against a corporate defendant pursuant to California Civil Code Section 3294.

78.     To the extent that Plaintiff's Complaint seeks damages for loss of employment benefits, it is preempted, in whole or in part, by the applicable provisions of the federal Employment Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq*. (West 1985).

79.     Defendant is informed and believes, and based thereon alleges that Plaintiff unreasonably delayed bringing this action to the substantial prejudice of Defendant.

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

939676.1

6

ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.

80.     Defendant is informed and believes, and based thereon alleges that any alleged adverse employment actions of which Plaintiff complains were not based on Plaintiff's race, disability, gender, or any other alleged discriminatory or unlawful basis, but instead were based on one or more legitimate nondiscriminatory reasons. If, however, it is found that any actions were motivated by both discriminatory and nondiscriminatory reasons, the nondiscriminatory reasons alone would have induced the parties to make the same decisions.

81.     Defendant is informed and believes, and based thereon alleges, that at all times herein relevant, the acts and omissions, if any, of Defendant were subject to a managerial privilege.

82.     Barrister reserves the right to assert additional defenses that it may learn of through the course discovery.

## **PRAYER FOR RELIEF**

WHEREFORE, Barrister prays that Plaintiff be denied any relief, Plaintiff's Complaint be dismissed, and Barrister be awarded its costs and attorney's fees and any other relief that the Court deems just and proper.

DATED:  April 9, 2015                    MUSICK, PEELER & GARRETT LLP


                                         By:  _____/s/  Donald E. Bradley_____
                                              Donald E. Bradley
                                              Attorneys for Defendant BARRISTER
                                              GLOBAL SERVICES NETWORK, INC.

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

939676.1

7

ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On April 9, 2015, I served true copies of the following document(s) described as **ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.** on the interested parties in this action as follows:

> Douglas Kruschen
> P.O. Box 465
> Agoura Hills, CA  91376-0465
> Phone:  (805) 225-3328
> Email: plaintiff@BarristerGlobalLawsuit.com
> ***Plaintiff Pro Se***

☒   **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of  Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on April 9, 2015, at Costa Mesa, California.

*/s/  April M. Yusay*
April M. Yusay

**MUSICK, PEELER & GARRETT LLP**

**ATTORNEYS AT LAW**

939676.1

8

ANSWER TO COMPLAINT OF DEFENDANT BARRISTER GLOBAL SERVICES NETWORK, INC.