Douglas Kruschen
P.O. Box 465
Agoura Hills, CA 91376-0465
plaintiff@BarristerGlobalLawsuit.com
(805) 225-3328
*(Plaintiff Pro Se)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

DOUGLAS KRUSCHEN, an individual,

       *Plaintiff*

      v.

BARRISTER GLOBAL SERVICES NETWORK, INC., a Delaware corporation,

       *Defendant*

Case No.: 2:15-CV-00961-RGK-FFM

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

1

2

3    Dated: October 2, 2015

4                                          _____

5                                          By: Douglas Kruschen
                                           *(Plaintiff Pro Se)*
6

7    Dated: ~~October~~ *November* 5, 2015

8

9                                          _____
                                           By: Donald Bradley
10                                         Musick Peeler & Garrett, LLP
                                           *Attorneys for Barrister Global Services*
11                                         *Network, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On November 5, 2015, I served true copies of the following document(s) described as **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 5, 2015, at Costa Mesa, California.

_/s/ April M. Yusay_
April M. Yusay

936345.1

1

## SERVICE LIST

2

3

Douglas Kruschen
P.O. Box 465
Agoura Hills, CA  91376-0465
Phone:  (805) 225-3328
Email: plaintiff@BarristerGlobalLawsuit.com
***Plaintiff Pro Se***

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

936345.1