JS-6

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant BARRISTER GLOBAL SERVICES NETWORK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BARRISTER GLOBAL SERVICES NETWORK, INC., a Delaware corporation, <br><br> Defendant. | Case No. CV 15-00961 RGK (FFMx) <br><br> Hon. R. Gary Klausner, Courtroom 850 <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: November 6, 2015

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Judge